LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

March 5, 2020

Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

> The conference is adjourned to March 13, 2020 at 2:00 PM.
> SO ORDERED.
>
> New York, NY
> March 6, 2020    George B. Daniels, U.S.D.J., Part I

Re: USA v. Nestor Sosa Ortiz, 19 cr 405 (JGK)

Dear Judge Koeltl;

    This case is on your Honor's calendar on March 13, 2020, at 10:30 AM. With the consent of the Government by AUSA Cecelia Vogel, I write to request the case be re-scheduled to an early afternoon time on March 13th.

    It is anticipated that on March 13th the parties will move the Court for a Rule 20 transfer of Sosa's case to the District of Connecticut. However, I have twice this week tried to visit with Sosa at the Metropolitan Correction Center only to be told the jail is closed to attorney visits. I have not been given any information as to when I will be able to next visit with Sosa at the MCC. I have a guilty plea scheduled before Judge Vitaliano in the EDNY on March 13th at 11:30. After that plea it would be my intention to visit with Sosa beginning around 12:45 PM in the Marshal's bullpen, and review with him all of the case paperwork involved in the transfer. In the early afternoon the parties can then appear before your Honor and request the Rule 20 transfer.

    Thank you.

Respectfully,

B. Alan Seidler

bas/ee