UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA

    -against-

NESTOR CAROSIOL SOSA-ORTIZ,
                               Defendant.
-------------------------------------------------------------X

19 cr 405 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

The parties are directed to appear for a conference on **Monday, March 16, 2020, at 10:30am,** before the Honorable John G. Koeltl.

The Court prospectively excludes the time from today until **March 16, 2020** in calculating the speedy trial date under 18 U.S.C. 3161 in order to assure effective assistance of counsel and because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                                            **JOHN G. KOELTL**
                                                           **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 11, 2020

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/2020