UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

      - against -                       19 Cr. 405 (JGK)

NESTOR SOSA-ORTIZ,                     ORDER

            Defendant.

---

**JOHN G. KOELTL, District Judge:**

    The conference in this matter is adjourned to **May 18, 2020 at 11:00 AM**.

    In view of the fact that a conference has been scheduled in this matter for May 18, 2020, the Court excludes prospectively the time from today **April 22, 2020,** until **May 18, 2020,** from Speedy Trial Act calculations. The continuance is needed to assure the effective assistance of counsel, and to allow the logistics of the Rule 20 application to be completed. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:    New York, New York
            April 22, 2020              /s/ John G. Koeltl
                                                     John G. Koeltl
                                        **United States District Judge**