**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**UNITED STATES OF AMERICA**

       - against -                       19cr405 (JGK)

**NESTOR SOSA-ORTIZ,**                      <u>**ORDER**</u>

               **Defendant.**
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    For the reasons stated on the record at the teleconference today, the application for release is denied without prejudice to renewal.

**SO ORDERED.**

**Dated:**    New York, New York
           April 22, 2020          <u> /s/ John G. Koeltl </u>
                                                **John G. Koeltl**
                                     **United States District Judge**